UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR OCTAVIO CORTES HERNANDEZ,<br>Petitioner,<br>v.<br>JAIME RIOS, et al.<br>Respondents. | Case No. 5:26-cv-04318-VBF-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Grounds 1 and 2 of the Petition are granted and Ground 3 is dismissed as moot.

Date: August 14, 2026

Valerie Baker Fairbank

Hon. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE